# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Cynthia E. Higgins,<br><br>Debtor. | Case No. 26-13481-DJB<br><br>Chapter 13 |

## Certificate of Service

I, Michael A. Cibik, certify that on August 20, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: August 20, 2026

/s/ Michael A. Cibik

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service: CM/ECF**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

## Method of Service: First Class Mail

Amex
Correspondence/Bankruptcy
P.O. Box 981535
El Paso, TX 79998

Carmax Auto Finance
Attn: Bankruptcy Department
225 Chastain Meadows Ct
Kennesaw, GA 30144-5897

Chase Card Services
Po Box 15298
Wilmington, DE 19850-5298

City of Philadelphia
Law Tax and Revenue Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102

Comenity Bank/Jared
Attn: Bankruptcy
P.O. Box 182125
Columbus, OH 43218-2125

Edgepark
1810 Summit Commerce Park
Twinsburg, OH 44087-2300

Goldman Sachs Bank USA
Attn: Bankruptcy
P.O. Box 70379
Philadelphia, PA 19176

Greensky
Attn: Bankruptcy
5565 Glenridge Connector Suite #700
Atlanta, GA 30342

The Government of Washington DC
c/o Harris& Harris
111 W Jackson Blvd Suite 650
Chicago, IL 60604-3589

Hospital of the University of PA Pharmacy
3400 Spruce St RAVDIN 1
Philadelphia, PA 19104-4238

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Mrc/united Wholesale M
Attn: Bankruptcy P. O. Box 619098
Dallas, TX 75261-9741

Penn Medicine
Attn: Bankruptcy
P.O. Box 824406
Philadelphia, PA 19182

Philadelphia Fire Department
P.o. Box 1280
Philadelphia, PA 19105

Roxborough Memorial Hospital
Attn: Legal
5800 Ridge Ave
Philadelphia, PA 19128

Sls/Equity
715 S Metropolitan Ave
Oklahoma City, OK 73108

Synchrony Bank
Attn: Bankruptcy
777 Long Ridge Rd
Stamford, CT 06902-1247