# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Cynthia E. Higgins,<br><br>Debtor. | Case No. 26-13481-DJB<br><br>Chapter 13 |

## Certificate of Service

I, Michael A. Cibik, certify that on August 21, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: August 21, 2026

/s/ Michael A. Cibik

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service: CM/ECF**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

## Method of Service: First Class Mail

Carmax Auto Finance
Attn: Bankruptcy Department
225 Chastain Meadows Ct
Kennesaw, GA 30144-5897

City of Philadelphia
Law Tax and Revenue Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102

The Government of
Washington DC
c/o Harris& Harris
111 W Jackson Blvd Suite 650
Chicago, IL 60604-3589

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Mrc/united Wholesale M
Attn: Bankruptcy
P. O. Box 619098
Dallas, TX 75261-9741

Sls/Equity
715 S Metropolitan Ave
Oklahoma City, OK 73108

**U.S. Dept. of Housing**
**and Urban Development**
801 Market Street 12th Floor
Philadelphia, PA 19107