TJFACT

TOT - Totally Joined for Achieving Colla
235 Peachtree Street, SE
Suite 2400
Atlanta, GA 30303-2971

**Pay Statement**

| | |
|---|---|
| Period Start Date | 06/01/2026 |
| Period End Date | 06/15/2026 |
| Pay Date | 07/01/2026 |
| Document | 263619016 |
| **Net Pay** | **$3,974.46** |

## Pay Details

CYNTHIA E HIGGINS
852 BROOKE ROAD
CAPITOL HEIGHTS, MD 20743
USA

| | | | |
|---|---|---|---|
| Employee Number | [redacted] | Pay Group | Salary |
| SSN | XXX-XX-XXXX | Location | OCC - DC |
| Job | Service Desk Manager | Department | 0908 - OCC - End User Supp 0088 |
| Pay Rate | $69.70 | | |
| Pay Frequency | Semi-Monthly | | |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Expense Reimbur | 0.000000 | $0.00 | $2,119.05 |
| Holiday | 0.000000 | $0.00 | $3,903.69 |
| Paid Time Off | 0.000000 | $0.00 | $3,903.69 |
| Regular Pay | 86.670000 | $6,041.67 | $64,692.63 |

Total Hours Worked 0.000000 Total Hours 86.670000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dental | Yes | $0.00 | $8.42 | – | – |
| Dental Insuranc | Yes | $10.38 | $114.18 | $22.16 | $243.76 |
| FSA - Medical | Yes | $50.00 | $600.00 | $0.00 | $0.00 |
| Medical S 5000 | Yes | $152.95 | $1,826.40 | – | – |
| Vision | Yes | $0.00 | $1.90 | – | – |
| Vision Insuranc | Yes | $1.90 | $20.90 | $1.04 | $11.44 |
| Voluntary Life | No | $197.20 | $2,169.20 | $0.00 | $0.00 |
| VOLUNTARY LIFE | No | $0.00 | $69.39 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $752.14 | $9,028.31 |
| Employee Medicare | $84.48 | $1,013.96 |
| Social Security Employee Tax | $361.24 | $4,335.55 |
| MD State Income Tax | $275.01 | $3,301.91 |
| Prince George's | $181.91 | $2,184.04 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx3415 | Checking | $3,974.46 |
| Total | | $3,974.46 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $6,041.67 | $5,826.44 | $1,654.78 | $412.43 | **$3,974.46** |
| YTD | $74,619.06 | $69,928.21 | $19,863.77 | $4,810.39 | $49,944.90 |

TJFACT

TOT - Totally Joined for Achieving Colla
235 Peachtree Street, SE
Suite 2400
Atlanta, GA 30303-2971

**Pay Statement**

| | |
|---|---|
| Period Start Date | 06/16/2026 |
| Period End Date | 06/30/2026 |
| Pay Date | 07/16/2026 |
| Document | 267888693 |
| **Net Pay** | **$3,974.45** |

## Pay Details

CYNTHIA E HIGGINS
852 BROOKE ROAD
CAPITOL HEIGHTS, MD 20743
USA

| | | | |
|---|---|---|---|
| Employee Number | [redacted] | Pay Group | Salary |
| SSN | XXX-XX-XXXX | Location | OCC - DC |
| Job | Service Desk Manager | Department | 0908 - OCC - End User Supp 0088 |
| Pay Rate | $69.70 | | |
| Pay Frequency | Semi-Monthly | | |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Expense Reimbur | 0.000000 | $0.00 | $2,119.05 |
| Holiday | 8.000000 | $557.67 | $4,461.36 |
| Paid Time Off | 8.000000 | $557.67 | $4,461.36 |
| Regular Pay | 70.670000 | $4,926.32 | $69,618.95 |

Total Hours Worked 0.000000 Total Hours 86.670000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dental | Yes | $0.00 | $8.42 | – | – |
| Dental Insuranc | Yes | $10.38 | $124.56 | $22.16 | $265.92 |
| FSA - Medical | Yes | $50.00 | $650.00 | $0.00 | $0.00 |
| Medical S 5000 | Yes | $152.95 | $1,979.35 | – | – |
| Vision | Yes | $0.00 | $1.90 | – | – |
| Vision Insuranc | Yes | $1.90 | $22.80 | $1.04 | $12.48 |
| Voluntary Life | No | $197.20 | $2,366.40 | $0.00 | $0.00 |
| VOLUNTARY LIFE | No | $0.00 | $69.39 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $752.14 | $9,780.45 |
| Employee Medicare | $84.48 | $1,098.44 |
| Social Security Employee Tax | $361.24 | $4,696.79 |
| MD State Income Tax | $275.01 | $3,576.92 |
| Prince George's | $181.91 | $2,365.95 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx3415 | Checking | $3,974.45 |
| Total | | $3,974.45 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $6,041.66 | $5,826.43 | $1,654.78 | $412.43 | **$3,974.45** |
| YTD | $80,660.72 | $75,754.64 | $21,518.55 | $5,222.82 | $53,919.35 |

TJFACT

TOT - Totally Joined for Achieving Colla
235 Peachtree Street, SE
Suite 2400
Atlanta, GA 30303-2971

**Pay Statement**

| | |
|---|---|
| Period Start Date | 07/01/2026 |
| Period End Date | 07/15/2026 |
| Pay Date | 07/31/2026 |
| Document | 270960846 |
| **Net Pay** | **$3,974.45** |

## Pay Details

**CYNTHIA E HIGGINS**
852 BROOKE ROAD
CAPITOL HEIGHTS, MD 20743
USA

| | | | |
|---|---|---|---|
| Employee Number | [redacted] | Pay Group | Salary |
| SSN | XXX-XX-XXXX | Location | OCC - DC |
| Job | Service Desk Manager | Department | 0908 - OCC - End User Supp 0088 |
| Pay Rate | $69.70 | | |
| Pay Frequency | Semi-Monthly | | |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Expense Reimbur | 0.000000 | $0.00 | $2,119.05 |
| Holiday | 8.000000 | $557.67 | $5,019.03 |
| Paid Time Off | 0.000000 | $0.00 | $4,461.36 |
| Regular Pay | 78.670000 | $5,484.00 | $75,102.95 |

Total Hours Worked **0.000000** Total Hours **86.670000**

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dental | Yes | $0.00 | $8.42 | – | – |
| Dental Insuranc | Yes | $10.38 | $134.94 | $22.16 | $288.08 |
| FSA - Medical | Yes | $50.00 | $700.00 | $0.00 | $0.00 |
| Medical S 5000 | Yes | $152.95 | $2,132.30 | – | – |
| Vision | Yes | $0.00 | $1.90 | – | – |
| Vision Insuranc | Yes | $1.90 | $24.70 | $1.04 | $13.52 |
| VOLUNTARY LIFE | No | $0.00 | $69.39 | $0.00 | $0.00 |
| Voluntary Life | No | $197.20 | $2,563.60 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $752.14 | $10,532.59 |
| Employee Medicare | $84.49 | $1,182.93 |
| Social Security Employee Tax | $361.24 | $5,058.03 |
| MD State Income Tax | $275.01 | $3,851.93 |
| Prince George's | $181.91 | $2,547.86 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx3415 | Checking | $3,974.45 |
| Total | | $3,974.45 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $6,041.67 | $5,826.44 | $1,654.79 | $412.43 | **$3,974.45** |
| YTD | $86,702.39 | $81,581.08 | $23,173.34 | $5,635.25 | $57,893.80 |

TJFACT

TOT - Totally Joined for Achieving Colla
235 Peachtree Street, SE
Suite 2400
Atlanta, GA 30303-2971

**Pay Statement**

| | |
|---|---|
| Period Start Date | 07/01/2026 |
| Period End Date | 07/15/2026 |
| Pay Date | 07/31/2026 |
| Document | 270960846 |
| **Net Pay** | **$3,974.45** |

**Pay Details**

CYNTHIA E HIGGINS
852 BROOKE ROAD
CAPITOL HEIGHTS, MD 20743
USA

| | | | |
|---|---|---|---|
| Employee Number | [redacted] | Pay Group | Salary |
| SSN | XXX-XX-XXXX | Location | OCC - DC |
| Job | Service Desk Manager | Department | 0908 - OCC - End User Supp 0088 |
| Pay Rate | $69.70 | | |
| Pay Frequency | Semi-Monthly | | |

**Earnings**

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Expense Reimbur | 0.000000 | $0.00 | $2,119.05 |
| Holiday | 8.000000 | $557.67 | $5,019.03 |
| Paid Time Off | 0.000000 | $0.00 | $4,461.36 |
| Regular Pay | 78.670000 | $5,484.00 | $75,102.95 |

Total Hours Worked 0.000000 Total Hours 86.670000

**Deductions**

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dental | Yes | $0.00 | $8.42 | – | – |
| Dental Insuranc | Yes | $10.38 | $134.94 | $22.16 | $288.08 |
| FSA - Medical | Yes | $50.00 | $700.00 | $0.00 | $0.00 |
| Medical S 5000 | Yes | $152.95 | $2,132.30 | – | – |
| Vision | Yes | $0.00 | $1.90 | – | – |
| Vision Insuranc | Yes | $1.90 | $24.70 | $1.04 | $13.52 |
| VOLUNTARY LIFE | No | $0.00 | $69.39 | $0.00 | $0.00 |
| Voluntary Life | No | $197.20 | $2,563.60 | $0.00 | $0.00 |

**Taxes**

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $752.14 | $10,532.59 |
| Employee Medicare | $84.49 | $1,182.93 |
| Social Security Employee Tax | $361.24 | $5,058.03 |
| MD State Income Tax | $275.01 | $3,851.93 |
| Prince George's | $181.91 | $2,547.86 |

**Paid Time Off**

**Net Pay Distribution**

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx3415 | Checking | $3,974.45 |
| Total | | $3,974.45 |

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $6,041.67 | $5,826.44 | $1,654.79 | $412.43 | **$3,974.45** |
| YTD | $86,702.39 | $81,581.08 | $23,173.34 | $5,635.25 | $57,893.80 |

19:44 5G 18

# Pay statements

TJFACT

TOT - Totally Joined for Achieving Colla
235 Peachtree Street, SE
Suite 2400
Atlanta, GA 30303-2971

| Pay Statement | |
|---|---|
| Period Start Date | 07/16/2026 |
| Period End Date | 07/31/2026 |
| Pay Date | 08/17/2026 |
| Document | 273973074 |
| **Net Pay** | **$3,974.46** |

## Pay Details

**CYNTHIA E HIGGINS**
852 BROOKE ROAD
CAPITOL HEIGHTS, MD 20743
USA

| | | | |
|---|---|---|---|
| Employee Number | [redacted] | Pay Group | Salary |
| SSN | XXX-XX-XXXX | Location | OCC - DC |
| Job | Service Desk Manager | Department | 0908 - OCC - End User Supp 0088 |
| Pay Rate | $69.70 | | |
| Pay Frequency | Semi-Monthly | | |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Expense Reimbur | 0.000000 | $0.00 | $2,119.05 |
| Holiday | 0.000000 | $0.00 | $5,019.03 |
| Paid Time Off | 0.000000 | $0.00 | $4,461.36 |
| Regular Pay | 86.670000 | $6,041.67 | $81,144.62 |

Total Hours Worked **0.000000** Total Hours **86.670000**

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dental | Yes | $0.00 | $8.42 | – | – |
| Dental Insuranc | Yes | $10.38 | $145.32 | $22.16 | $310.24 |
| FSA - Medical | Yes | $50.00 | $750.00 | $0.00 | $0.00 |
| Medical S 5000 | Yes | $152.95 | $2,285.25 | – | – |
| Vision | Yes | $0.00 | $1.90 | – | – |
| Vision Insuranc | Yes | $1.90 | $26.60 | $1.04 | $14.56 |
| VOLUNTARY LIFE | No | $0.00 | $69.39 | $0.00 | $0.00 |
| Voluntary Life | No | $197.20 | $2,760.80 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $752.14 | $11,284.73 |
| Employee Medicare | $84.48 | $1,267.41 |
| Social Security Employee Tax | $361.24 | $5,419.27 |
| MD State Income Tax | $275.01 | $4,126.94 |
| Prince George's | $181.91 | $2,729.77 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx3415 | Checking | $3,974.46 |
| Total | | $3,974.46 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $6,041.67 | $5,826.44 | $1,654.78 | $412.43 | **$3,974.46** |
| YTD | $92,744.06 | $87,407.52 | $24,828.12 | $6,047.68 | $61,868.26 |