**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**RE: Cynthia E. Higgins,** **BK NO. 26-13481-djb**

**Debtor,**

**Rocket Mortgage, LLC,** **Chapter 13**
**Movant**

**Confirmation Hearing Date: 11/5/2026**

**vs.**

**Cynthia E. Higgins,**
**Kenneth E. West,**
**Trustee** **Respondents**

**<u>OBJECTION OF ROCKET MORTGAGE, LLC</u>**
**<u>TO THE AMENDED CHAPTER 13 PLAN</u>**

Rocket Mortgage, LLC, a secured creditor holding a Mortgage against the real property commonly known 852 Brooke Rd, Capitol Heights, MD 207433007 (hereinafter Secured Movant), objects to confirmation of Debtor's Amended Chapter 13 Plan and asserts in support of its Objection as follows:

1. Debtor's Amended Plan underestimates the prepetition arrearage claim owed to Creditor as $15,000.00. The actual prepetition arrearage amount owed to Movant as per its Proof of Claim (5-1) filed in this case on September 15, 2026, is $17,187.72.

2. Confirmation of the Plan should be denied until Debtor amends the Plan to properly treat Movant's claim.

3. Movant reserves the right to raise any failure of Debtor to timely make all payments under the Plan or required by the Plan, if at the time of the confirmation hearing that appears to be the case.

4. Confirmation of the Plan is not feasible and at best premature.

5. Accordingly, Confirmation of the Plan should be denied.

WHEREFORE, Rocket Mortgage, LLC, prays that the Court deny confirmation of the Debtor's Plan.

Respectfully submitted,

Date: October 9, 2026

*/s/Brent Lemon*______________________
Brent Lemon
Pennsylvania BAR NO. 86478
Attorney for Creditor
McCalla Raymer Leibert Pierce, LLP
325 Chestnut Street, Suite 725
Philadelphia, Pennsylvania, 19106
215-602-7218

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**RE: Cynthia E. Higgins,**
**Debtor**

**CHAPTER 13**
**BK. NO. 26-13481-djb**

**Rocket Mortgage, LLC,**
**Movant,**
**vs.**

**Cynthia E. Higgins,**
**Kenneth E. West, Trustee,**

**Respondents**

**<u>CERTIFICATION OF SERVICE</u>**

I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on October 9, 2026**.**

**<u>Chapter 13 Trustee</u>**
Kenneth E. West
ecfemails@ph13trustee.com
VIA ECF

**<u>Debtor's Attorney</u>**
Michael A. Cibik
help@cibiklaw.com
VIA ECF

**<u>Debtor</u>**
Cynthia E. Higgins
4832 McKean Avenue
Philadelphia, PA 19144
VIA U.S. MAIL

Dated: October 9, 2026

By: *<u>/s/Brent</u>*

*<u>Lemon</u>*_______________

Brent Lemon
Attorney for Movant