# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Cynthia E. Higgins,<br><br>Debtor. | Case No. 26-13481-DJB<br><br>Chapter 13 |

## Certificate of Service

I, Michael A. Cibik, certify that on November 4, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Third Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: November 4, 2026

/s/ Michael A. Cibik

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

## Method of Service: CM/ECF

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**Rocket Mortgage, LLC**
Bankruptcy Department
PO Box 619096
Dallas, TX 75261-9741

**NewRez, LLC**
d/b/a Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

## Method of Service: First Class Mail

Carmax Auto Finance
Attn: Legal Department
12800 Tuckahoe Creek Parkway
Richmond, VA 23238

City of Philadelphia
Law Tax and Revenue Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102

The Government of
Washington DC
c/o Harris & Harris
111 W Jackson Blvd Suite 650
Chicago, IL 60604-3589

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**U.S. Dept. of Housing
and Urban Development**
801 Market Street 12th Floor
Philadelphia, PA 19107